No. 704. ALLISON *v.* TEXAS. Argued May 3, 6, 1935. Decided May 13, 1935. *Per Curiam:* The appeal herein is dismissed (1) for the reason that the judgment of the state court sought to be reviewed is based upon a non-federal ground adequate to support it, *Stone* v. *State*, 48 Tex. Cr. 114; 86 S. W. 1029; *Farson Son & Co.* v. *Bird*, 248 U. S. 268, 271; *Doyle* v. *Atwell*, 261 U. S. 590, *McCoy* v. *Shaw*, 277 U. S. 302, and (2) for the want of a substantial federal question, *Watson* v. *Maryland*, 218 U. S. 173, 175–180; *Crane* v. *Johnson*, 242 U. S. 339, 342–344; *McNaughton* v. *Johnson*, 242 U. S. 344, 348–349; *Graves* v. *Minnesota*, 272 U. S. 425; *Hurwitz* v. *North*, 271 U. S. 40, 43. *Mr. Clarence E. Farmer*, with whom *Mr. G. R. Lipscomb* was on the brief, for appellant. *Mr. William McCraw*, Attorney General of Texas, *Mr. Will R. Parker*, District Attorney, *Messrs. Cecil C. Rotsch* and *Homer B. Green*, Assistant District At-

torneys, and *Mr. Lloyd W. Davidson,* State's Attorney, were on the brief for appellee.